# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. CRONJAGAR, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-CV-00343-LJO-DLB PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(DOC. 23) |

Plaintiff Jose Avina ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2010, the Court received notice that Defendant Cronjagar had not been served, and issued an order to show cause on August 31, 2010, requiring Plaintiff to provide further information to initiate service of process on Defendant Cronjagar. (Doc. 23.) Defendant Cronjagar appears to now be represented by the California Attorney General in this action. (*See* Court Docket.) Accordingly, the Court HEREBY VACATES its August 31, 2010 Order as moot.

IT IS SO ORDERED.

Dated:   **September 20, 2010**            **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE