# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA, | CASE NO. 1:09-CV-00343-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| J. CRONJAGAR, et al., | (DOC. 24) |
| Defendants. | RESPONSE DUE WITHIN **21 DAYS** |

Plaintiff Jose Avina ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint against Defendants Everett Fischer, Reuben Roman, M. Ruff, M. Lunes, and J. Cronjager. Pending before the Court is Defendants Fischer, Roman, and Ruff's motion to dismiss, filed September 7, 2010. As of the date of this order, Plaintiff has yet to file an opposition or otherwise respond. Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motion to dismiss within **twenty-one (21) days** from the date of service of this order. Failure to file a timely opposition or otherwise respond will be construed as a waiver of opposition.

IT IS SO ORDERED.

Dated:   October 12, 2010              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1