1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7  JOSE AVINA,                                      CASE NO. 1:09-CV-00343-LJO-DLB PC

8              Plaintiff,                            ORDER REQUIRING DEFENSE COUNSEL
                                                    TO PROVIDE STATUS UPDATE
9        v.                                          REGARDING DEFENDANT CRONJAGER

10  J. CRONJAGAR, et al.,                           RESPONSE DUE WITHIN TWENTY DAYS

11              Defendants.

12  _____/

13        Plaintiff Jose Avina ("Plaintiff") is a California state prisoner proceeding pro se and in

14  forma pauperis in this civil rights action.  This action is proceeding on Plaintiff's first amended

15  complaint against Defendants Cronjager, Lunes, Ruff, Roman, and Fischer.  Defendant Cronjager

16  has yet to appear in this action.  The United States Marshal was unable to locate Defendant

17  Cronjager for service of process, and on August 25, 2010, the USM-285 form regarding

18  Defendant Cronjager was returned.  On August 31, 2010, the Court ordered Plaintiff to provide

19  further information for the United States Marshal to effect service.  On September 13, 2010,

20  Defendant Lunes filed a motion for extension of time to file a responsive pleading.  In this

21  motion, defense counsel for Defendant Lunes also stated that they would be representing

22  Defendant Cronjager in this action.  As of the date of this order, Defendant Cronjager has yet to

23  appear.  The Court will require counsel to provide a status update regarding this matter.

24        Accordingly, it is HEREBY ORDERED that defense counsel is to provide a status update

25  regarding Defendant Cronjager within twenty (20) days from the date of service of this order.

26        IT IS SO ORDERED.

27  **Dated:   October 26, 2010**              _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
28

1