# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA, | CASE NO. 1:09-CV-00343-LJO-DLB PC |
| Plaintiff, | ORDER VACATING SCHEDULE (DOCS. 34, 54) |
| v. | ORDER REQUIRING PARTIES TO RESPOND WITHIN THIRTY DAYS |
| CRONDAGAR, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff Jose Avina ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Fischer, Roman, Ruff, Lunes, and Cronjager.

On April 29, 2011, counsel for Defendants Fischer, Ruff, and Roman filed a notice of settlement in this action. Doc. 59. Pursuant to the settlement, Plaintiff will receive a sum of money within a reasonable time after settlement and release has been signed by all parties or counsel of record and when the sum is paid, Defendants may file the stipulation for voluntary dismissal. Defendants request that all scheduled matters be vacated. Good cause shown, the Court will grant the request. *See* Fed. R. Civ. P. 16(b)(4). The parties are reminded that notice of settlement is governed by Local Rule 160. The Court will require the parties to file a status

1

1  update or appropriate dispositional papers.

2       Accordingly, it is HEREBY ORDERED that

3       1.   The scheduling orders, filed October 12, 2010, and January 4, 2011, are HEREBY

4            VACATED; and

5       2.   The parties are to file a status update regarding settlement or dispositional papers

6            within thirty (30) days from the date of service of this order.

7    IT IS SO ORDERED.

8    **Dated:   May 6, 2011**                  /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE