# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA, | CASE NO. 1:09-CV-00343-LJO-DLB PC |
| Plaintiff, | ORDER STAYING ACTION PENDING SETTLEMENT NEGOTIATIONS |
| v. | PARTIES' STATUS UPDATE DUE October 5, 2011 |
| J. CRONJAGAR, et al., | |
| Defendants. | |

Plaintiff Jose Avina ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Fischer, Roman, Ruff, Cronjagar, and Lunes.

On June 6, 2011, Defendants notified the Court that during mediation from February through March of 2011, the parties had agreed to a settlement of all of Plaintiff's claims. Under the settlement agreement: (1) all parties have signed a stipulation for voluntary dismissal with prejudice of the entire action; (2) Plaintiff shall receive a sum of money within 150 days or within a reasonable time after a new State budget is passed; and (3) when that sum is paid, Defendants may file the stipulation for voluntary dismissal. Doc. 62. The parties requested that the action remain open until the stipulation of voluntary dismissal is filed. In the alternative, the parties request additional time to file a status report regarding the settlement funds.

1

1 | Good cause having been presented, it is HEREBY ORDERED that:

2 | 1. This action is STAYED pending completion of settlement; and

3 | 2. The parties are required to file a status update by October 5, 2011, regarding the progress of settlement in this action.

IT IS SO ORDERED.

Dated:   **July 21, 2011**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE