# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA,<br><br>                    Plaintiff,<br><br>     v.<br><br>J. CRONJAGAR, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:09-CV-00343-LJO-DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(DOC. 65) |

Plaintiff Jose Avina ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Fischer, Roman, Ruff, Cronjagar, and Lunes.

On August 17, 2011, the parties filed a stipulation of voluntary dismissal with prejudice, signed by Plaintiff and Defendants' counsels.  Doc. 65.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  Such stipulation has been filed with the Court.

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is directed to close this action pursuant to the parties' stipulation of voluntary dismissal with prejudice.  Each side shall bear their own costs.

IT IS SO ORDERED.

**Dated:   August 22, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1